AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 1 8 2022

TONY R. MOORE, CLERK
BY _____ 
    DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| JASON ERIC LOTT | ) 6:22-MJ-00053-01 |
| Wherever Found | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/2021 to 4/2022__ in the county of __Lafayette__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation with Intent to Engage in a Criminal Sexual Activity |

This criminal complaint is based on these facts:
See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

JAN-PAUL PENA RAMIREZ, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/18/22

_____
Judge's signature

City and state: Lafayette, Louisiana

PATRICK J. HANNA, U.S. Magistrate Judge
Printed name and title