UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-cr-00109-01 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| JASON LOTT        (01) | * | MAGISTRATE JUDGE WHITEHURST |

## JOINT STATUS REPORT

At the direction of the court, a status conference was held on November 18, 2022. The following appearances were made:

| **NAME** (PLEASE PRINT) | **PARTY REPRESENTED** |
|---|---|
| John Luke Walker | United States of America |
| J. Kevin Stockstill | Jason Lott |

Trial is set for April 10, 2023.

**THE FOLLOWING QUESTIONS WERE ADDRESSED:**

(1) Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial value? See, United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied,* 440 U.S. 920 and Huddleston v. United States, 485 U.S. 681 (1988). The government has none, however the defense reserves the right to argue that evidence is extrinsic on or prior to the trial

(2) Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501?
No

(3) Are there any admissibility questions requiring evidentiary presentation?
Government - None
Defense -    None

1

(4) Time required by each side to present its case in chief:
Government – 2 days
Defense – 1 day

(5) The parties agreed to waive challenges to the foundation of the following documents:
Government - None
Defense - None

(6) Order of presentation by multiple defendants:
Not Applicable

(7) Pending discovery problems:
None at present

(8) Jencks Act material will be provided to defendant(s);
Friday before trial if not already provided.

(9) Other: **Prosecution and defense are actively negotiating a plea; said plea will occur on or before March 28, 2023.**

APPROVED AS TO FORM AND SUBSTANCE this 20th day of March, 2023.

BRANDON B. BROWN
United States Attorney

 s/John Luke Walker                    s/J. Kevin Stockstill
**JOHN LUKE WALKER**              **J. KEVIN STOCKSTILL**
La. Bar No. 18077                 La. Bar No. 23951
Assistant United States Attorney  300 Stewart Street
800 Lafayette Street, Suite 2200  Lafayette, LA   70501
Lafayette, Louisiana 70501-6832   Telephone: (337) 262-0203
Telephone: (337) 262-6618         *Attorney for Defendant*